1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL RAYMOND KENNEDY, SR.,

11              Petitioner,                    No. CIV S-07-0124 LKK CMK P

12         vs.

13    D.K. SISTO, et al.,

14              Respondents.              ORDER

15    _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254, challenging the California Board of Prison Terms'

18    decision finding him unsuitable for parole.  Petitioner has paid the filing fee.

19         Since petitioner may be entitled to the requested relief if the claimed violation of

20    constitutional rights is proved, respondents will be directed to file a response to petitioner's

21    application.

22         Petitioner challenges a California Board of Prison Terms decision finding him

23    unsuitable for parole.  In light of the complexity of the issues raised in this habeas application,

24    the court has determined that the interests of justice require appointment of counsel.  See 18

25    U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

26    ///

                                          1

Dockets.Justia.com

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Federal Defender is appointed to represent petitioner;

3        2.  The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus

4   application and a copy of this order on David M. Porter, Assistant Federal Defender.

5        3.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for

6   copies of other documents in the file.

7        4.  Within forty-five days of this order, the parties shall file a joint scheduling

8   statement which addresses the timing and order of the following matters:

9            a.  The number of days petitioner's counsel estimates it will take to file

10  either:

11               1.  A statement indicating petitioner will stand on the existing

12  petition, and supplemental memorandum of points and authorities, if any;

13               2.  An amended petition which will proceed on exhausted claims

14  only; or

15               3.  A statement which identifies both exhausted and unexhausted

16  claims, and any intention to pursue unexhausted claims, after which the court will recommend

17  that the proceedings be held in abeyance while petitioner exhausts any new claims in state court.[1]

18           b.  Discovery and investigations;

19           c.  Anticipated motions;

20           d.  The need for and timing of an evidentiary hearing;

21           e.  Enumeration and resolution of unexhausted claims; and

22           f.  Possible future amendments to the pleadings.

23  ///

24  _____

25       [1]  If not all claims in the original petition are exhausted, an amended "exhausted claims only" petition must be filed along with the statement indicating petitioner's intent to pursue unexhausted claims.  Of course, if no claims in the original petition have been exhausted, the case

26  must be dismissed as opposed to stayed.

1    Counsel are reminded of the importance of timely filing a joint scheduling statement. Failure to

2    do so may result in sanctions.

3          5. The Clerk of the Court shall serve a copy of this order together with a copy of

4    petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael

5    Patrick Farrel, Senior Assistant Attorney General.

6

7    DATED:  January 24, 2007.

8

9                                  CRAIG M. KELLISON

10                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26