IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RAYMOND KENNEDY, Sr.,

    Petitioner,    No. CIV S-07-0124 LKK CMK P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.    FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner is a state prisoner proceeding with counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2007, petitioner's counsel notified this court that petitioner had passed away.

    The court finds that petitioner's death renders this case moot, and this habeas petition should be dismissed. See Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).

    In accordance with the above, IT IS HEREBY RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed as moot.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Failure to file objections within the specified time may waive
2  the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4  DATED: February 16, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE