IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RAYMOND KENNEDY, Sr.,

    Petitioner,               No. CIV S-07-0124 LKK CMK P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.         ORDER

                                /

        Petitioner, a state prisoner proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2007, petitioner's counsel notified this court that petitioner had passed away. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 16, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner's counsel and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 16, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is dismissed as moot.

DATED: March 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT